No. 588, Misc.  CHISHOLM *v.* NEW YORK.  Ct. App. N. Y. Certiorari denied.  *Michael F. Dillon* for respondent.

No. 590, Misc.  DURAN ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.  *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States. ▬

No. 591, Misc.  DAVIS *v.* GERNERT ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 592, Misc.  COLLETTE *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States. ▬

No. 598, Misc.  PALMITER *v.* CALIFORNIA.  Ct. App. Cal., 1st App. Dist. Certiorari denied.  *Stephen W. Shaughnessy* for petitioner.

No. 601, Misc.  MILANI *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Sidney M. Glazer* for the United States.

No. 602, Misc.  NEELY *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 612, Misc.  BASS *v.* NORTH CAROLINA ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 613, Misc.  HOWARD *v.* NEW YORK.  Ct. App. N. Y.  Certiorari denied.